LEWIS H. JOSEPH v. HENRY A. SCHATZKIN and Others.— Motion denied, with

ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.